Joseph L. Gentilcore, Esquire
*Admitted Pro Hac Vice*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market St., Suite 2510
Philadelphia, PA 19103
215-735-8600
jgentilcore@consumerlawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **JAIME MENDEZ SOTO, JR., et al.**<br><br>**Plaintifs,**<br><br>-vs-<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC. et al.**<br><br>**Defendants.** | **CASE NO.**<br>**2:23-cv-00076-JAD-BNW**<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST DISCOVER FINANCIAL SERVICES, LLC**<br><br>ECF No. 19 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jaime Mendez Soto, Jr., Carmen Mendez and Defendant Discover Bank that pursuant to Fed. R. Civ. P. 41(a), all claims be dismissed with prejudice, as to this Defendant only, with each party to bear her/its own attorney's fees, costs and expenses incurred.

Respectfully submitted,

| | |
|---|---|
| **FRANCIS MAILMAN SOUMILAS, P.C.**<br><br>*/s/ Joseph L. Gentilcore*<br>Joseph L. Gentilcore, Esquire<br>*Admitted Pro Hac Vice*<br>1600 Market St., Suite 2510<br>Philadelphia, PA 19103<br>215-735-8600<br>jgentilcore@consumerlawfirm.com<br><br>*Attorneys for Plaintiff* | **LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br><br>/s/ *Adrienne R. Brantley-Lomeli*<br>Adrienne R. Brantley-Lomeli<br>3883 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV 89169<br>702.474.2664<br>abrantley-lomeli@lewisroca.com<br><br>*Attorneys for Discover Financial Services LLC* |

**ORDER**

    Based on the stipulation between plaintiff and Discover Financial Services, LLC [ECF No. 19], which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Discover Financial Services, LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 16, 2023