Joseph L. Gentilcore, Esquire
*Admitted Pro Hac Vice*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market St., Suite 2510
Philadelphia, PA 19103
215-735-8600
jgentilcore@consumerlawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# LAS VEGAS

| | |
|---|---|
| **JAIME MENDEZ SOTO, JR., et al.**<br><br>Plaintiffs,<br><br>-vs-<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC. et al.**<br><br>Defendants. | **CASE NO.**<br>**2:23-cv-00076-JAD-BNW**<br><br>**STIPULATION and ORDER TO DISMISS**<br><br>ECF No. 25 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Jaime Mendez Soto, Jr. and Carmen Mendez and Defendants Experian Information Solutions Inc. and Equifax Information Services LLC that pursuant to Fed. R. Civ. P. 41(a), all claims be dismissed with prejudice, as to these Defendants only, with each party to bear her/its own attorney's fees, costs and expenses incurred.

 Respectfully submitted,

/s/ Joseph L. Gentilcore
Joseph L. Gentilcore, Esq.
*Admitted Pro Hac Vice*
FRANCIS MAILMAN
SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
jgentilcore@consumerlawfirm.com

*Attorneys for Plaintiffs*

/s/ Jennifer R. Brooks
Jennifer R. Brooks, Bar No. 14480
SEYFARTH SHAW LLP
700 Milam St., Suite 1400
Houston, TX 77002-2812
Telephone: (713) 238-1854
Email: jrbrooks@seyfarth.com

*Attorney for Defendant*
*Equifax Information Services LLC*

/s/ Bob L. Olson
Bob L. Olson, Esq.
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
(702) 784-5295

*Attorney for Defendant Experian*
*Information Solutions, Inc.*

Dated: December 22, 2023

## ORDER

Based on the stipulation [ECF No. 25] between the plaintiffs and both remaining defendants, and with good cause appearing, and because this stipulation disposes of all remaining claims and parties, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 27, 2023